FILED
LOGGED

Feb 05 2013

In The United States District Court
for The District of Maryland

Dante Foster
(Defendant)

v.

United States of America

Criminal No: WDQ-12-0319

\*\*\*\*\*\*\*

## Motion To Appoint Investigative And Expert Services

I, Dante Foster, pro'se to file this motion on my own behalf to address the courts concerning my rights under 18 U.S.C. § 3006A(e)(1) to obtain legal assistances from the investigative and expert services a part of due process clause.

I request this services on two occassions and were deny both times by present attorney's (Gary Christopher) which he withdraw from case, and (Gerald Ruter) which is a stand-by counselor.

I am asking this Honorable Court to grant me the above services, because with this legal arsenal, the outcome of the case would have been totally different. In plus, this service still helpful if granted.

Well, thanks for your time and patient and since I'am pro'se attorney, I'am entitled to all available service without any delays, so thanks.

Respectfully Submitted
Dante foster #404-399
401 E. Madison St
Balto. Md 21202

Points Of Authorities

1st) United States v. Hartsell, 127 F.3d 343, 349 (4th cir. 1974), cert. denied, 523 U.S. 1030 (1998)

2nd) Ross v. Moffitt, 417 U.S. 600, 616 (1974)

This letter being sent on 31st day of January 2013

CC:
Gerald C. Ruter, Esquire